UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12cr295-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | FINAL ORDER AND JUDGMENT |
| v. ) | CONFIRMING FORFEITURE |
| ) | |
| ARMANDO JIMENEZ TAGLE, ) | |
| ) | |
| Defendant. ) | |

On June 4, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Information and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On July 6, 2013 through August 4, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from July 6, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**Approximately $3,154 in United States currency; and**

**One Walther P-22, .22 caliber handgun, serial number L12874 and ammunition**

Signed: October 8, 2013

Max O. Cogburn Jr.
United States District Judge